AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>LEONIDES OSCAR QUIJADA-VELASQUEZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         3:18-mj- 64   MPB<br>)<br>)<br>) |

FILED APR 25 2018 U.S. CLERK'S OFFICE EVANSVILLE, INDIANA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   April 13, 2018   in the county of   Dubois   in the
  Southern   District of   Indiana  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a) and (b)(1). | Unlawful Re-entry of an Alien previously Removed or Deported from the United States |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Anthony Cambisi, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   4/25/18

_____
Judge's signature

City and state:   Evansville, Indiana   Matthew P. Brookman, Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT:

<u>Leonides Oscar QUIJADA-VELASQUEZ</u>

I, Anthony F. Cambisi, being duly sworn upon oath, state as follows:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE") and have been so employed since 2009. I am currently assigned to the Criminal Alien Program at Indianapolis, Indiana. My duties are to investigate immigration violations, including aliens who have reentered the United States illegally.

2. The following information is based upon my personal knowledge or information provided to me by other law enforcement personnel and ICE records pertaining to the defendant Leonides Oscar **QUIJADA-VELASQUEZ** (hereinafter "**QUIJADA-VELASQUEZ**") also known as Esau Alberto Ferrufino-Lopez. This affidavit is submitted in support of a complaint for the arrest of **QUIJADA-VELASQUEZ** for violation of Title 8 United States Code, Sections 1326(a) and (b)(1). It does not include each and every fact known to me about the investigation, but rather only those facts that I believe are sufficient to establish the requisite probable cause.

3. **QUIJADA-VELASQUEZ** is a citizen of El Salvador by birth in Chalatenago, El Salvador on November 25, 1986.

4. On March 28, 2018 the Huntingburg Police Department arrested **QUIJADA-VELASQUEZ** also known as Esau Alberto Ferrufino-Lopez, for Domestic Battery, False Informing, and Intimidation.

5. On March 28, 2018 an Immigration Detainer was lodged with the Dubois County Sheriff's Department (hereinafter "DCSD"). The DCSD is located at 255 Brucke Strasse, Jasper, Indiana, within the Southern District of Indiana.

6.  On March 28, 2018 Deportation Officers from the Pacific Enforcement Response Center ("PERC") received a notification of fingerprint confirmation for **QUIJADA-VELASQUEZ** also known as Esau Alberto Ferrufino-Lopez at the DCSD, Jasper, Indiana.

7.  On April 13, 2018, I received information from the PERC regarding an individual that is currently in DCSD custody. The subject is identified as **QUIJADA-VELASQUEZ**.

8.  Law enforcement database checks revealed that **QUIJADA-VELASQUEZ** has an FBI record which shows removal proceedings.

9.  On June 30, 2009, **QUIJADA-VELASQUEZ** was ordered removed to his native country of El Salvador.

10. On August 28, 2009, **QUIJADA-VELASQUEZ** was removed to his native country of El Salvador through the Houston, Texas Port of Entry.

11. On December 15, 2010, **QUIJADA-VELASQUEZ** was removed to his native country of El Salvador through the El Paso, Texas Port of Entry.

12. On December 1, 2008, **QUIJADA-VELASQUEZ** was convicted in the Anne Arundel Circuit Court, Anne Arundel County, Maryland for Sex Offense Fourth Degree (Case Number 02-K-08-001883). **QUIJADA-VELASQUEZ** received a sentence of 1 year in prison.

13. ICE maintains an indexing on all aliens identified by an alien registration number. This ICE record is available to me and is file number A094 217 570 in the name of Leonides Oscar **QUIJADA-VELASQUEZ**, date of birth November 25, 1986.

14.     ICE records indicate **QUIJADA-VELASQUEZ** has not obtained permission from the Attorney General or his successor the Secretary of Homeland Security to reapply for admission to the United States.

15.     Based on the foregoing, there is probable cause to believe that on or about April 13, 2018, **QUIJADA-VELASQUEZ** violated Title 8 United States Code, Sections 1326(a) and (b)(1).

AFFIANT FURTHER SAYETH NOT.

_____
Anthony Cambisi
Deportation Officer

Sworn and subscribed before me on this _25th_ day of April, 2018.

_____
Matthew P. Brookman, Magistrate Judge
United States District Court
Southern District of Indiana