FILED
MAY 24 2018
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:18-cr-30 RLY/MPB |
| ) | |
| LEONIDES OSCAR QUIJADA-VELASQUEZ, ) | |
| AKA "ESAU ALBERTO FERRUFINO-LOPEZ," ) | |
| ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

[8 U.S.C. §§ 1326(a) and (b) – Unlawful Re-entry of an Alien Previously Removed or Deported from the United States]

The Grand Jury charges that:

On or about March 28, 2018, in the Southern District of Indiana,

**LEONIDES OSCAR QUIJADA-VELASQUEZ**,

the defendant, being an alien, after having been arrested and deported from the United States to El Salvador, on or about August 28, 2009, and on or about December 15, 2010, was found to be in the United States in Dubois County, Indiana, without the Attorney General of the United States or the Secretary of Homeland Security having expressly given consent to the defendant's reapplying for admission to the United States and the August 28, 2009 and December 15, 2010

[1]

removals occurred after the defendant had sustained a felony conviction.

All of which is in violation of Title 8, United States Code, Sections 1326(a) and (b).

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

by: _____
Todd S. Shellenbarger
Assistant United States Attorney

[2]